TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
       Social Security Administration
       6401 Security Boulevard
       Baltimore, Maryland 21235
       Telephone: (510) 970-4836
       E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA GONZALEZ-ELENA, | ) |
| | ) Case No. 2:26-cv-00996-PD |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  June 02, 2026    _____

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE